UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ARY L. ASSUNCAO, Individually<br>and as Personal Representative of the<br>ESTATE OF MARLENE MIRANDA,<br>Plaintiff,<br><br>v.<br><br>LEONARD MORSE HOSPITAL, and<br>JANET MAGNANI, M.D.,<br>Defendants. | CIVIL ACTION NO. 4:15-CV-40106-DHH |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned, being all of the parties to this action, hereby stipulate that the plaintiff's complaint against the defendant, Leonard Morse Hospital is hereby dismissed, with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>Ary L. Assuncao, Individually and as<br>Personal Representative of the Estate of<br>Marlene Miranda,<br>By his attorney, | The Defendant,<br>Leonard Morse Hospital,<br>By its attorneys, |
| /s/ Abigail Williams | /s/ Timothy B. Sweetland |
| Abigail Williams, BBO# 559245<br>Abigail Williams & Associates, LLC<br>446 Main Street, 9th Floor<br>Worcester, MA 01608<br>(508) 795-1955<br>awilliams@medical-law.com | Edward T. Hinchey, BBO# 235090<br>Timothy B. Sweetland, BBO# 663237<br>Sloane and Walsh, LLP<br>Three Center Plaza, 8th Floor<br>Boston, MA 02108<br>(617) 523-6010<br>ehinchey@sloanewalsh.com<br>tsweetland@sloanewalsh.com |

1114095.1

The defendant,
Janet Magnani, M.D.
By her attorneys,

/s/ *Kevin C. Reidy*

Kevin C. Reidy, BBO# 56770
Darlene Dawson, BBO# 567210
Martin, Magnuson, McCarthy & Kenney        Dated:  March 22, 2017
101 Merrimac Street
Boston, MA 02114
(617) 227-3240
kreidy@mmmk.com
ddawson@mmmk.com

1114095.1

CERTIFICATE OF SERVICE

I, Timothy B. Sweetland, certify that on the date shown below, I made service of the foregoing documents by causing a copy thereof to be electronically mailed, to the following counsel of record:

Abigail Williams, Esquire
Abigail Williams & Associates, P.C.
446 Main Street, 9th Floor
Worcester, MA 01608

Kevin C. Reidy, Esquire
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114

Dated: March 22, 2017

/s/ Timothy B. Sweetland
———————————————
Timothy B. Sweetland

963227.1