UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ARY L. ASSUNCAO,              )
         Plaintiff,           )
                              )  Civil Action
JANET MAGNANI,                )  No. 4:15-cv-40106-MGM
         Defendant,           )
```

ORDER OF DISMISSAL

May 9, 2017

**MASTROIANNI, U.S.D.J.**

Pursuant to the court's electronic order of this date dismissing this action, it is hereby ordered that this case be closed.

It is so ordered.

**ROBERT M. FARRELL**
CLERK OF COURT

**By** /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk